Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-445-482**

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
May 14, 2025



## Title

**Title of Work:** Vintage Record Player

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 02, 2016
**Nation of 1st Publication:** New Zealand

## Author

- **Author:** Jonah Cornelis van Dongen
  **Pseudonym:** JonahVD, JonahVDGraphics, and Jonah van Dongen
  **Author Created:** 2-D artwork
  **Citizen of:** New Zealand
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Jonah Cornelis van Dongen
69 Puhirake Crescent, Pyes Pa, Tauranga, 3112, New Zealand

## Rights and Permissions

**Name:** Jonah Cornelis van Dongen
**Email:** jonahvdgraphics@gmail.com
**Address:** 69 Puhirake Crescent, Pyes Pa
Tauranga 3112 New Zealand

## Certification

**Name:** David Denholm

